In re Tessier, Mark A; Arnold, Alan E.; Brewster, Clarence B.; Cambre, Edward J.; *254 Cambre, Thomas E.; Derickson, Gayden; Gamble, Harry P., IV; Guider, Ben A., Jr., M.D.; Kadan, Ranjit S., M.D.; Lincoln, Hillary P.; Songy, Robert E., M.D.; Watson, William W., Jr.; Magnolia Imaging Consultants; HMC Partnership; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Jefferson, 24th Judicial District Court, Div. “L”, No. 498-946; to the Court of Appeal, Fifth Circuit, No. 97-CW-0205.
Denied.
VICTORY, J., not on panel.